## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | No. 2:25-mc-00375-KFW<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO LIMITED UNSEALING

The United States respectfully moves this Honorable Court to enter an order unsealing this matter for the limited purpose of providing discovery to Defendant Jody Moczara, who has been charged in this District by Indictment, docket 2:25-cr-00072-LEW. To comply with its discovery obligations, the Government requests that the Court enter an Order unsealing this matter for the limited purpose of providing discovery to Defendant Moczara through his appointed counsel.

WHEREFORE, the Government requests that the Order issued pursuant to 18 U.S.C. § 2703(d), the government's application as well as any and all related documents and docket entries pertaining thereto, be unsealed for the limited purpose of providing discovery to Defendant Moczara.

Date: September 3, 2025

Respectfully submitted,
CRAIG M. WOLFF
Acting United States Attorney

BY: */s/ Anne K. Yereniuk*
Anne K. Yereniuk
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, 6th Floor East
Portland, ME 04101
(207) 780-3257
Anne.Yereniuk@usdoj.gov